IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY BALL,

       Plaintiff,                                    CV-07-0231-MA

   v.                                                  JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

    Based on the record and the Opinion and Order filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Opinion and Order.

    Dated this <u>14</u> day of February, 2008.

                                                     <u>/s/ Malcolm F. Marsh</u>
                                                     Malcolm F. Marsh
                                                     United States District Judge

1 - JUDGMENT