FILED'08 MAY 15 13:34 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANTHONY BALL**,                                                            CV # 07-231-MA

    Plaintiff,

vs.                                                                                             ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $7,400.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 15 day of May, 2008.

/s/ Malcolm F. Marsh
United States District Judge

Submitted on May 9, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1